NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KEVIN H. GRAHAM, in his individual
capacity; GARY L. WOOD, PH.D., in
his individual capacity; JAMES A.
CHRISTENSEN, M.D., in his
individual capacity; and MARILYN D.
CHRISTENSEN, in her individual
capacity,

        Appellants,

v.

        Case No. 2D18-2607

LAKE ELLEN LANDINGS
TOWNHOMES CONDOMINIUM
ASSOCIATION, INC., a Florida
non-profit corporation,

        Appellee.

_____

Opinion filed March 8, 2019.

Appeal from the Circuit Court for
Hillsborough County; Gregory P. Holder,
Judge.

Kevin H. Graham, pro se, and for
Appellants Gary L. Wood, PH.D., in his
individual capacity; James A. Christensen,
M.D., in his individual capacity; and Marilyn
D. Christensen, in her individual capacity.

Yvette R. Lavelle and Joseph G. Riopelle of
Boyd, Richards, Parker & Colonnelli, P.L.,
Tampa; and Charles Evans Glausier of
Glausier Knight, PLLC, Tampa, for

Appellee.


PER CURIAM.


       Affirmed.


KHOUZAM, SALARIO, and BADALAMENTI, JJ., Concur.